

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:                     01-13-00485-CR

Trial Court Cause
Number:                           31,585

Style:                            In re Eldridge McKnight, Jr.


Date motion filed[*]:             August 6, 2013

Type of motion:                   Second Motion for Extension of Time

Party filing motion:              Relator

Document to be filed:             Motion for Rehearing

Is appeal accelerated? ☐ Yes   ☒ No

If motion to extend time:
        Original due date:                August 12, 2013
        Number of previous extensions granted:   1
        Date Requested:                   October 1, 2013

Ordered that motion is:

    ☒   Granted

        If document is to be filed, document due:  August 26, 2013

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☐ The Court will not grant additional motions to extend time.

    ☐   Denied

    ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐   Other: _____


Judge's signature: /s/ Harvey Brown
        ☒ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: August 12, 2013